# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CRESSKILL VOLUNTEER FIRST AID SQUAD, Et al. | **CLOSED** |
| Plaintiffs, | CIVIL ACTION NO. 05-3294 (DRD) |
| v. | |
| BOROUGH OF CRESSKILL, Et al., | **O R D E R** |
| Defendants. | |

This matter having come before the Court upon Defendants' motions to dismiss, which have been treated as motions for summary judgment, and notice having been given to all parties, in consideration of the parties' submissions and the arguments of counsel, and for the reasons set forth in an opinion of even date,

IT IS, on this 8th of December, 2005, ORDERED that:

1. Defendants' motions to dismiss are GRANTED;

2. Counts One, Six, Seven (to the extent it is based on claims arising under federal law),  Eight, and Nine (to the extent it is based on claims arising under federal law) are dismissed with prejudice;

3. All other Counts (including Counts Seven and Nine to the extent they are based on State law) will be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

_/s/ Dickinson R. Debevoise_
DICKINSON R. DEBEVOISE, U.S.S.D.J.